

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

June 15, 2022

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Sanchez v EMU Australia, Inc.*; Case No. 1:22-cv-2415-KPF

Dear Judge Failla,

    We represent plaintiff Cristian Sanchez ("Plaintiff") in the above-referenced action. We have been informed that defendant EMU Australia, Inc. ("Defendant") is in the process of retaining counsel in New York to represent them in this matter. In the meantime, Plaintiff and Defendant's counsel in Michigan have been discussing a potential resolution of this matter. Defendant's response to the complaint was due on May 25, 2022 and Defendant respectfully requests an extension of time—until July 15, 2022—to respond to it. Plaintiff consents to this extension and, because Defendant's counsel has not yet appeared in the action, Plaintiff submits this request on Defendant's behalf as a courtesy.

    Additionally, given these circumstances, both parties respectfully request that the Initial Pretrial Conference of this matter, presently set for June 22, 2022, be adjourned until July 20, 2022 or to another date that is convenient to the Court, with a corresponding extension of time to submit the parties' joint letter and proposed case management plan. This is the first request for an extension of time as to each of the above deadlines.

    Thank you for your consideration in this matter.

                    Respectfully submitted,
                    */s/ Edward Y. Kroub*
                    EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

Application GRANTED.  Defendant's time to respond to the Complaint shall be extended to July 15, 2022.

Further, the initial pretrial conference scheduled for June 22, 2022, is hereby ADJOURNED to **July 27, 2022, at 11:00 a.m.**  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note the conference line will not be available prior to 11:00 a.m.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:     June 16, 2022                SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE