

**Edward Y. Kroub – Partner**
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

September 23, 2022

<u>**VIA ECF**</u>

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Cristian Sanchez v. Emu Australia, Inc.* <u>Case No. 1:22-cv-2415-KPF</u>

Dear Judge Failla:

We represent plaintiff Christian Sanchez ("Plaintiff") in the above-referenced matter. We write, with the consent of defendant Emu Australia, Inc. ("Defendant"), concerning Defendant's September 14, 2022 Motion to Deny Class Certification (Docket No. 18) (the "Motion"). Plaintiff respectfully requests a four-week extension of time, from September 28, 2022, until October 26, 2022, to file our opposition to the Motion.

This is Plaintiff's first request to extend this deadline and Defendant consents to it. Plaintiff requests this extension due to Plaintiff's counsel's observance of the intervening Jewish Holidays as well as the significant time needed to fully address the various factual issues raised in the Motion. We thank the Court for its consideration.

          Respectfully submitted,
          <u>*/s/ Edward Y. Kroub*</u>
          Edward Y. Kroub, Esq.

Cc:   All Counsel of Record (via ECF)